


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br><br><br>Erik Giovanny SOLARIS Colin,<br><br><br><br><br><br>        Defendant. | Magistrate Docket No. **25-mj-02864**<br><br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Deported Alien Found In The United States |

The undersigned complainant, being duly sworn, states:

On or about May 26, 2025, within the Southern District of California, defendant, Erik Giovanny SOLARIS Colin, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

                                                SIGNATURE OF COMPLAINANT
                                                Jason Larson
                                                Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MAY 27, 2025.

                                                HON. KAREN S. CRAWFORD
                                                United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Erik Giovanny SOLARIS COLIN

**PROBABLE CAUSE STATEMENT**

On May 26, 2025, Border Patrol Agent C. Anderson, was performing assigned duties in the Brown Field Border Patrol Station's Area of Operations. Agent Anderson was in full United States Border Patrol uniform with an embroidered badge on his left chest and two Agency patches one on each shoulder. At approximately 4:45 a.m., an Army Autonomous Scope Operator reported via service radio of his observation of two individuals walking north near an area known to Border Patrol Agents as the "4X4 Crossing".

Agent Anderson responded to the area and made contact with one individual, later identified as Erik SOLARIS-Colin, attempting to conceal himself in thick brush. This area is located approximately 0.5 miles north of the United States/Mexico International Boundary, and approximately 7.5 miles west of the Tecate, California Port of Entry. Agent Anderson approached SOLARIS, who was concealed in thick brush, and detained him.

Agent Anderson identified himself as a United States Border Patrol Agent and conducted an immigration inspection. SOLARIS stated that he is a citizen of Mexico not in possession of any immigration documents that would allow him to enter or remain in the United States legally. At approximately 5:10 a.m. Agent Anderson placed SOLARIS under arrest

Routine record checks of the defendant revealed a immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on October 23, 2024 through Hidalgo, Texas. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.