ADAM GORDON
United States Attorney
Julia A. Cline
Special Assistant United States Attorney
California Bar No. 201624
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7644
Julia.Cline@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25-MJ-2864-KSC |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| ERIK GIOVANNY SOLARIS COLIN, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

None.

JACL/ach

1  Effective this date, the following attorneys are no longer
2  associated with this case and should not receive any further Notices
3  of Electronic Filings relating to activity in this case (if the
4  generic "U.S. Attorney CR" is still listed as active in this case in
5  CM/ECF, please terminate this association):

6           Name
7           None.
8      Please feel free to call me if you have any questions about this
9  notice.
10     DATED: May 27, 2025.

11

12                              Respectfully submitted,

13
                                 ADAM GORDON
14                              United States Attorney

15                              *s/Julia A. Cline*
                                *JULIA A. CLINE*
16                              *Special Assistant U.S. Attorney*
                                *Attorneys for Plaintiff*
17                              *United States of America*

18

19

20

21

22

23

24

25

26

27

28

2