**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>ERIK GIOVANNY SOLARIS COLIN,<br><br>             Defendant. | Case No. _____<br>                    25MJ2864<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C., Sec. 1325(a)(1) - Improper Entry by an Alien (Misdemeanor);<br>Title 8, U.S.C., Sec. 1326(a) - Removed Alien Found in the United States (Felony) |

The United States Attorney charges:

<u>Count 1</u>

On or about May 26, 2025, within the Southern District of California, defendant ERIK GIOVANNY SOLARIS COLIN, an alien, knowingly and intentionally entered the United States of America at a time and place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1), a misdemeanor.

<u>Count 2</u>

On or about May 26, 2025, within the Southern District of California, defendant ERIK GIOVANNY SOLARIS COLIN, an alien, who previously had been excluded, deported, and removed from the United States, was found in the United States without the Attorney General of the United States and her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections

JACL:jf:6/2/2025

1  202(3) and (4), and 557), having expressly consented to the defendant's
2  reapplication for admission to the United States, in violation of
3  Title 8, United States Code, Section 1326(a).
4       DATED: _____.

                                    ADAM GORDON
                                    United States Attorney


                                    JULIA A. CLINE
                                    Special Assistant U.S. Attorney